|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
|   | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
|   | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
|   | Fax: (559) 487-5950 |
| 5 |   |
|   | Attorney for Defendant |
| 6 | EDWARD CAETANO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-po-00120-SAB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE MOTION SCHEDULE; AND ORDER |
| vs. |   |
| EDWARD CAETANO, |   |
| Defendant. |   |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Edward Caetano, request a modification of the motion briefing schedule.  The government has represented to defense counsel that additional discovery material has been identified and will be disclosed.  In light of this additional discovery material, the parties ask that the previously set briefing schedule be modified as follows:

| Event | Proposed deadline/hearing date |
|---|---|
| Opening brief(s) | December 28, 2020 |
| Responsive brief(s) | January 4, 2021 |
| Optional reply brief(s) | January 11, 2020 |

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 |   |   |
| 4 | Date: December 17, 2020 | */s/ Matthew Lemke*<br>MATTHEW LEMKE |
| 5 |   | Assistant Federal Defender<br>Attorney for Defendant |
| 6 |   | EDWARD CAETANO |
| 7 |   |   |
| 8 |   | MCGREGOR W. SCOTT<br>United States Attorney |
| 9 | Date: December 17, 2020 | */s/ Philip Tankovich*<br>PHILIP TANKOVICH |
| 10 |   | Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

Based on a showing of good cause, the Court hereby orders that the briefing schedule be modified and set as follows: opening brief due December 28, 2020; response brief due January 4, 2021; optional reply brief due January 11, 2021. The motion hearing and trial date will remain as scheduled.

IT IS SO ORDERED.

Dated:   **December 18, 2020**

UNITED STATES MAGISTRATE JUDGE