McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD CAETANO JR.,<br><br>Defendant. | Case No. 1:20-po-00120-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and moves to vacate the motion hearing set for January 21, 2021 at 10:00am, as well as the trial set for January 29, 2021 at 9:00am. The United States Forest Service requested dismissal, and after consultation with the agency, the United States Attorney's Office agrees dismissal is in the interest of justice.

DATED:  January 15, 2021                                   Respectfully submitted,

                                                           McGREGOR W. SCOTT
                                                           United States Attorney

                                                  By:      /s/ Philip N. Tankovich__
                                                           PHILIP N. TANKOVICH
                                                           Special Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the motion hearing set for January 21, 2021 at 10:00am, as well as the trial set for January 29, 2021 at 9:00am, are vacated.

IT IS SO ORDERED.

Dated:   **January 19, 2021**

UNITED STATES MAGISTRATE JUDGE